UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| MORTON, KATHRYN KAY | ) | BANKRUPTCY CASE 10-14552 |
| | ) | Chapter 7 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #4 | Allen County Public Library<br>P.O. Box 2270<br>Fort Wayne, IN 46801-2270 | $.21 |
| Claim #5 | Von Maur<br>c/o H&R Accounts, Inc.<br>P.O. Box 672<br>Moline, IL 64265 | 2.41 |
| Claim #8 | Above and Beyond<br>c/o Perry Law Office<br>1010 Memorial Way, Suite 102<br>Fort Wayne, IN 46805 | 3.64 |
| Claim #16 | Summit Radiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | .44 |
| Claim #17 | Redi Med<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | 1.03 |
| Claim #18 | Ft Wayne City Utilities<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | .49 |

| Claim #19 | Ft Wayne City Utilities<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | 4.35 |
|---|---|---|
| Claim #20 | Redi Med<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | 2.20 |
| Claim #21 | Indiana Pathology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | 1.23 |
| Claim #22 | Indiana Pathology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | .49 |
| | TOTAL: | $16.49 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, Steven Glaser, 116 East Berry Street, Suite 1900, Fort Wayne, IN 46802, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach